An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL,
Appellant,
vs.
CHRISTINE PAPPAS,
Respondent.

No. 62938

**FILED**

JUL 29 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order directing that appellant have no contact with respondent or any member of her family. Our review of the documents submitted to this court pursuant to NRAP 3(g) and appellant's civil proper person appeal statement reveals a jurisdictional defect. Specifically, district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (noting that "[t]he district court has final appellate jurisdiction in cases arising in the justice's court"). Here, the district court's order was entered in the context of appellant's appeal to the district court from a protective order issued by the justice court. Moreover, the challenged order is not otherwise substantively appealable to this court. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see generally In re Temp. Custody of Five Minor Children*, 105 Nev. 441, 777 P.2d 901 (1989) (stating that no appeal may be taken from a temporary order subject to periodic mandatory review); *Sugarman Iron & Metal Co. v. Morse Bros. Machinery & Supply Co.*, 50 Nev. 191, 255 P. 1010 (1927) (indicating that no appeal may be taken from

SUPREME COURT
OF
NEVADA

(O) 1947A

13-22264

a temporary restraining order). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Brent T. Adams, District Judge
Russell
Christine Pappas
Washoe District Court Clerk